UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEYONTE ASHFORD,

    Plaintiff,                                     Case No. 17-12953

v.                                               Honorable John Corbett O'Meara

KORY KARPINSKY,

    Defendant.
_____/

# ORDER GRANTING
# DEFENDANT'S MOTION TO EXTEND SCHEDULING ORDER

    This matter came before the court on defendant Kory Karpinsky's June 14, 2018 Emergency Motion to Stay Proceedings. Plaintiff Keyonte Ashford filed a response June 16, 2018; and Defendant filed a reply June 22, 2018. No oral argument was heard.

    There are outstanding motions in this case, including Defendant's May 25, 2018 motion to compel. The motions, which have been referred to the magistrate judge, will soon be set for hearing. Therefore, the court will deem Defendant's Motion to Stay Proceedings a motion to extend the scheduling order and will grant a short extension of discovery to follow resolution of those outstanding motions.

# **ORDER**

It is hereby **ORDERED** that defendant Karpinsky's June 14, 2018 motion **IS DEEMED** a motion to extend the scheduling order.

It is further **ORDERED** that the dispositive motion cut-off date **IS EXTENDED** to forty-five (45) days after the currently outstanding motions have been resolved.

s/John Corbett O'Meara  
United States District Judge

Date: July 2, 2018

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, July 2, 2018, using the ECF system.

s/William Barkholz  
Case Manager
